# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:09CV108-RLV-DSC

| | |
|---|---|
| WILLIAM NORKUNAS, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **O R D E R** |
| ) | |
| SHAH, PARIKH & ASSOCIATES, A LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [for Pete M. Monismith]" (document #2) filed September 24, 2009. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: September 25, 2009

_____
David S. Cayer
United States Magistrate Judge