IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:09-cv-108

| | |
|---|---|
| WILLIAM NORKUNAS, Individually | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SHAH PARIKH & ASSOCIATES, | ) |
| A Limited Liability Company, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

**THIS MATTER** is before the Court on the Stipulation for Approval and Entry of a Consent Decree and Dismissal of the Case, and the Court having reviewed the pleadings and papers filed in this case, and the Stipulation for Approval and Entry of Consent Decree and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED that:**

1. The Consent Decree, attached as part of Document #17, is APPROVED and ENTERED, with the Court retaining jurisdiction over the matter for the purpose of enforcement of the Consent Decree;
2. The above-styled case be and the same is hereby DISMISSED with prejudice;
3. To the extent not otherwise disposed of herein, all pending motions are hereby DENIED as moot and the case is heretofore closed.

Signed: April 12, 2011

Richard L. Voorhees
United States District Judge